# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS J. COPENY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-1633-AMM-SGC |
| **SGT. Q. JACKSON,** *et al.*, | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on April 17, 2025 recommending the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Doc. 9. Although the report and recommendation advised the plaintiff of his right to file written objections, the court has not received any objections. The deadline to file objections has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation the claims in this matter are due to be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

A separate order will be entered.

**DONE** and **ORDERED** this 15th day of May, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE